FILED

08/02/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0270

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0270

_____

MAKAYLA CHERISE-DAWN MASSE,

Petitioner and Appellee,

v.                                                    O R D E R

BRAD RAE RICHARDSON,

Respondent and Appellant.

_____

Appellant Brad Rae Richardson has filed a Motion to Supplement the Record. Counsel for Appellee has filed a response opposing the motion.

Appellant seeks to add information not included in the District Court record. However, an appellate court is not the proper forum to determine factual questions. Furthermore, briefing is completed and the case has been placed on a future agenda.

IT IS HEREBY ORDERED that the Motion to Supplement the Record is DENIED, and the case will be decided on the briefs filed to date.

The Clerk is directed to provide a copy of this Order to Brad Rae Richardson and all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 2 2024